FILED

# United States District Court

JUL 28 2006

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

RONALD MCQUEEN

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:06mj75-DRB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 27, 2006,__ in __Montgomery__ county, in the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

did knowingly and intentionally possess with intent to distribute approximately 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

I further state that I am a(n) __Detective with the Montgomery Police Dept.__ and that this complaint is based on the following facts:
                                    Official Title

See Attached Affidavit which is incorporated by reference herein

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____Det. Terrance O. Jura_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__JULY 28, 2006__  at  __Montgomery, Alabama__
Date                          City and State

DELORES R. BOYD
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## A F F I D A V I T

I, Terrance D. James, having appeared before the undersigned United States Magistrate, and having been duly sworn, deposes and states the following is true and correct to the best of my knowledge and belief:

I am a Detective with the Special Operations Division, Narcotics Bureau of the Montgomery Police Department, Montgomery, Alabama. Your affiant has five years of Law Enforcement experience of which the past two years have been extensively devoted to narcotics investigations. Your affiant has written and executed numerous search and seizure warrants for narcotics, dangerous drugs, records, books, and proceeds derived as a result of this illicit activity. Further, your affiant has arrested in excess of forty individuals for violations of State and Federal narcotics statutes. I have attended and successfully completed training concerning narcotics trafficking and methods that narcotics traffickers employ. The following information has been obtained by your affiant or from other law enforcement officials.

In July of 2006, Montgomery Police Detective Terrance D. James was contacted by a confidential and reliable informant (CS). The CS stated he/she has observed Ronald MCQUEEN in possession of a large amount of cocaine hydrochloride and marijuana on several occasions. Detective James conducted a warrants check on MCQUEEN and discovered he had several outstanding warrants with the City of Montgomery.

On July 5, 2006, Detective James met with the CS. The CS stated MCQUEEN approached him/her in Montgomery, Alabama a few days ago and stated he knew the CS was able to sell large quantities of cocaine. MCQUEEN stated his source for narcotics was from Texas and could obtain multiple kilograms of cocaine and marijuana.

On July 15, 2006, Detective James was contacted by the CS. The CS stated MCQUEEN called him/her and stated MCQUEEN's narcotics source from Texas would be in Montgomery later this date. MCQUEEN told the CS he would call the CS the next morning. On July 16, 2006, the CS contacted Detective James. The CS stated MCQUEEN called him/her and stated he had sold all but one of the kilograms of cocaine. Detective James instructed the CS to contact MCQUEEN and see if he still was in possession of the one kilogram of cocaine. MCQUEEN stated he had already sold the remaining kilogram of cocaine.

On July 26, 2006, the CS contacted Detective James. The CS stated MCQUEEN's source of supply was in Montgomery. MCQUEEN told the CS he was intoxicated, was going to stay at home and would contact the CS the next day to arrange for MCQUEEN to sell a quantity of cocaine to the CS. Agents went to 8833 Ashland Park Drive and observed MCQUEEN's Ford Mustang parked in the driveway. Agents continued to watch the residence until the morning of July 27th.

Only July 27th, at approximately 7:40 am, agents observed MCQUEEN and an unknown female, later identified as Terra Aaron, leave the residence. MCQUEEN and Aaron went to the retirement home on North Burbank Drive. Aaron got out of the vehicle and went inside of the business. MCQUEEN left the business and went back to 8833 Ashland Park Drive.

At approximately 9:30 am, MCQUEEN left the residence in his blue and gray Ford Mustang and went to various locations in Montgomery. Detective James contacted the CS and asked the CS to attempt and contact MCQUEEN. The CS called MCQUEEN and MCQUEEN told the CS he would meet him/her at Club Ballers, 500 N. Decatur Street, Montgomery, Alabama. Agents then followed MCQUEEN to the area of Club Ballers. Detective James again confirmed the warrants for MCQUEEN and advised all agents involved in the surveillance of the warrants.

At approximately 10:15 am, the CS called Detective James and stated MCQUEEN was leaving the club and going to see an unknown subject in the area of the New Town Subdivision in Montgomery for an unknown reason. The agents were unable to follow MCQUEEN into the area.

At approximately 10:45 am, agents observed MCQUEEN leave the area and go to various locations in Montgomery and eventually to his residence of 8833 Ashland Park Drive.

At approximately 12:10 pm, MCQUEEN left the residence and eventually went to 2220 Windsor Avenue, Montgomery, Alabama. At approximately 12:35 hours, an unknown male arrived in a silver Ford 500. Detective James contacted the CS and advised him/her to call MCQUEEN and see if he had the cocaine. The CS called MCQUEEN and he stated he had the cocaine. The CS told MCQUEEN he wanted two kilograms of cocaine and wanted to know how much it would cost. The CS stated he/she heard MCQUEEN attempted to mute the phone and asked an unknown subject how much two kilograms of cocaine would cost. The CS heard the subject state $19,500.00. MCQUEEN then told the CS it would cost $19,500.00 per kilogram. The CS stated he/she had the currency and he/she would be at 2214 Cherry Street, Montgomery, Alabama.

At approximately 12:27 pm, Detective James called the CS and told the CS to meet him at a predetermined location. As Detective James was meeting with the CS, MCQUEEN left 2220 Windsor Avenue. At approximately 12:45 pm, Detective James instructed the CS to contact MCQUEEN. The CS asked MCQUEEN how long it would be before they could meet. MCQUEEN stated he had to pick his girlfriend up from work and would be there shortly.

Agents followed MCQUEEN to the retirement home on North Burbank Drive. They observed Ms. Aaron get into the vehicle with MCQUEEN. The agents followed them to various locations in Montgomery and temporarily lost sight of them. At approximately 1:20 pm, Lieutenant Robert Caviness observed MCQUEEN's Mustang turn onto Windsor Avenue. Before Lieutenant Caviness could turn onto Windsor Avenue the

Mustang left the area. Detective Kristen Bentley drove by 2220 Windsor Avenue. Detective Bentley did not see the Mustang but observed a tan Saturn, Alabama tag 3B2552J, parked in the driveway. The vehicle is registered to Brenda or Dianne Waters of 2220 Windsor Avenue on a 1999 Saturn SL2.

At approximately 1:30 pm, Detective James and the CS observed the Mustang on Carter Hill Road. Detective James and the CS followed the vehicle to Destin Seafood on Norman Bridge Road and observed two females in the vehicle. Detective James instructed the CS to contact MCQUEEN. MCQUEEN told the CS he would be at the meet location in approximately five minutes.

At approximately 1:45 pm, MCQUEEN calls the CS and tells the CS he is at the residence. At this time, agents who were already watching 2214 Cherry Street observed a tan Saturn pull into the driveway of 2214 Cherry Street. When the vehicle passed by Sergeant Michael Drummond he recognized the driver of the vehicle to be MCQUEEN. As soon as MCQUEEN pulled into the driveway, he put the vehicle in reverse and left. When MCQUEEN approached Sergeant Drummond, Sergeant Drummond activated his emergency equipment in his unmarked police vehicle to stop MCQUEEN for the outstanding warrants and the narcotics investigation. MCQUEEN stopped, put his vehicle in reverse and attempted to flee. MCQUEEN traveled in reverse for two blocks at which time he exited the vehicle and fled on foot. After a short foot pursuit the agents were able to take MCQUEEN into custody. During a search incident to arrest, Sergeant Drummond seized approximately 2.5 grams of suspected ecstasy (MDMA) from MCQUEEN's front pocket. During an inventory of MCQUEEN's vehicle, Sergeant Drummond seized an orange and blue backpack in the back floorboard on the passenger side. Inside of the backpack were two kilograms of suspected cocaine hydrochloride wrapped in cellophane and black tape. MCQUEEN and the vehicle were then transported to the Narcotics Bureau for processing.

Once at the Narcotics Bureau, Detective James asked MCQUEEN if he wished to give a statement. MCQUEEN stated he did not.

Agents went to 8833 Ashland Park Drive and secured it until Detective James could draft a document search warrant. Detective James presented the affidavit and search warrant for 8833 Ashland Park Drive to the Honorable Les Hayes, Montgomery Municipal Judge. Judge Hayes approved the warrant. During a search of the residence agents seized assorted paper documents in Terra Aaron and Ronald MCQUEEN. One of the paper documents is a lease agreement for 8833 Ashland Park Drive. The agreement is signed by Tera Aaron and Ronald MCQUEEN on May 8, 2006. Agents also seized a quantity of marijuana in the bedroom closet. The search was stopped until Detective James could amend the search warrant. Detective James again met with Judge Hayes with an amended search warrant to included narcotics. Judge Hayes approved the warrant and the search was continued. Seized during the search warrant was approximately five pounds of suspected marijuana, six grams of suspected ecstasy (MDMA), $2,641.00 in assorted U.S. currency, 1 gram of suspected cocaine hydrochloride and a Lorcin 25 caliber handgun. The handgun was seized from the top of the television in the master

bedroom. A quantity of the suspected marijuana, the suspected cocaine and currency was seized from the master bedroom closet.

Agents also went to 2220 Windsor Avenue and spoke with a subject who lives at the residence. The subject gave the agents permission to search the residence. A short time later the owner of the residence, Brenda Walters responded to the Narcotics Bureau and spoke with Lieutenant Pat Crockett. Mrs. Walter stated she wanted to get her Saturn and had given agents permission to search her residence. Mrs. Walter further stated she was MCQUEEN's mother. Seized during the search was 460 grams of suspected marijuana, 240 grams of suspected cocaine hydrochloride and two digital scales. The suspected marijuana and cocaine were seized from the second dresser drawer of the east bedroom.

The CS has provided accurate and reliable information in this and other cases that has been verified by Detective James and other members of the Montgomery Police Department's Narcotics Bureau.

Detective James told MCQUEEN about the narcotics seized from 8833 Ashland Park Drive. MCQUEEN made a spontaneous remark that "Ms. Aaron did not have anything to do with it". MCQUEEN told Detective James he wished to talk. Detective James read MCQUEEN his Miranda Rights from a standard Montgomery Police Department right form. MCQUEEN stated he understood his right, agreed to give a statement and signed the form. MCQUEEN stated he and Ms. Aaron have been dating for six years and have lived on Ashland Park Drive for two months. MCQUEEN told Detective James where the marijuana was located and that Ms. Aaron did not have anything to do with the narcotics seized from the residence. MCQUEEN stated the marijuana weighed approximately four pounds.

MCQUEEN stated he also lives at 2220 Windsor Avenue with his mother. Detective James advised MCQUEEN agents were also searching that residence. Detective James told MCQUEEN agents seized a quantity of suspected marijuana and cocaine from the residence. MCQUEEN stated the marijuana and cocaine seized were his. MCQUEEN stated the narcotics were in a drawer in a bedroom.

A sample of the suspected cocaine from MCQUEEN's vehicle and the residences was tested for the presence of cocaine. The tests gave a positive result for the presence of cocaine. Tests samples of the suspected MDMA were also taken. The tests gave a positive result for the presence of MDMA.

Based on the above facts, probable cause exits to arrest Ronald MCQUEEN for Possession with Intent to Distribute Cocaine, Title 21 USC 841 (a)(1). Further that the events occurred in the Middle District of Alabama.

_____
Detective Terrance James, Affiant
Montgomery Police Department

Sworn to and subscribed before
me this the 28th day of July, 2006.

_____
United States Magistrate Judge