COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

☐ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING [RULE 5]
☐ ARRAIGNMENT

DATE: 7-28-2006

Digital Recording 3:34 to 3:45 pm

PRESIDING MAG. JUDGE: Delores Boyd      DEPUTY CLERK: Long
CASE NO.: 2:06mj75-DRB      DEFT. NAME: Ronald MCQUEEN
AUSA: Hardwick      DEFT. ATTY: Butler
Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
PTSO: Thweatt

Defendant _____ does __✓__ does NOT need an interpreter
Interpreter present __✓__ NO _____ YES  Name: _____

✓ Date of Arrest 7-27-06 or ☐ Arrest Rule 5
✓ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
✓ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
✓ Requests appointed Counsel
✓ Financial Affidavit executed ☐ to be obtained by PTSO
✓ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
☐ Government's WRITTEN motion for Detention Hearing filed
✓ Detention Hearing ☐held; ✓set for 8-3-06 at 3 pm
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☐ Release order entered. Deft advised of conditions of release
☐ BOND EXECUTED (M/D AL charges) $_____. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for _____
   DISCOVERY DISCLOSURE DATE: _____
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed