# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER OF TEMPORARY DETENTION |
| | ) | PENDING HEARING PURSUANT TO |
| | ) | BAIL REFORM ACT |
| v. | ) | |
| | ) | |
| RONALD MCQUEEN | ) | 2:06-MJ-00075-DRB |

## ORDER ON MOTIONS

Upon the Defendant's *oral motion for a preliminary hearing* on the criminal complaint filed July 28, 2006 – made by defense counsel at the initial appearance on July 28, 2006 – and the *Motion of the United States for a Detention Hearing (*Doc. 4, July 28, 2006), it is

**ORDERED** that a detention and preliminary hearing are set for **August 3, 2006, at 3:00 p.m. in District Courtroom 4A**. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 31st day of July, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE