## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
☑ **Northern**        ❏ **Southern**        ❏ **Eastern**

| | | | |
|---|---|---|---|
| **HON.** Delores R. Boyd | **AT** Montgomery | | **, Alabama** |
| **DATE COMMENCED** 8-3-2006 | @ 4:55 | ❏ a.m. ☑ p.m | |
| **DATE COMPLETED** 8-3-2006 | @ 5:12 | ❏ a.m. ☑ p.m | |

**CASE NO.** 2:06mj75-DRB

UNITED STATES                 **VS.**         RONALD MCQUEEN

**Plaintiff(s)**                                            **Defendant(s)**

### APPEARANCES

**Plaintiff(s)/Government**                    **Defendant (s)**

Hardwick                                        Susan James

### COURT OFFICIALS PRESENT:

**Ctrm Clerk:** S. Q. Long, Jr.          **Crt Rptr:**

**Law Clerk:**                                  **Interpreter :**

**USPO/USPTS:**                              **Other:**

### PROCEEDINGS:

❏ **Motion Hearing :** _____
❏ **Status Conference**          ❏ **Oral Argument**          ❏ **Evidentiary Hrg.**
❏ **Revocation**                   ☑ **Scheduling Conf.**       ❏ **Show Cause**
❏ **Settlement Conference**    ❏ **Telephone Conf.**        ❏ **Sentencing**
❏ **Non-Jury Trial**              ❏ **Revocation/Prtrl/SupvRel/Prob**
❏ **Other** _____

❏

**Pretrial Conference**

Pending Motions: _____

Discovery Status _____        Plea Status _____

Trial Status/Length _____      Trial Term: _____