IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-mj-0075-DRB |
| | ) | |
| RONALD MCQUEEN | ) | |

**ORDER ON MOTION**

Pursuant to the *Notice of Appearance* filed by Susan James (Doc. 10, August 3, 2006), it is hereby

ORDERED that the *Motion to Withdraw* (Doc. 11, August 3, 2006), filed by Assistant Federal Defender Donnie Bethel is **GRANTED.** The clerk is instructed to designate Susan G. James as counsel of record for Defendant Ronald McQueen.

Done this 4th day of August, 2006.

　　　　　　　　　　　　　　　　　　　　　　/s/ **Delores R. Boyd**
　　　　　　　　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE