IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-mj-0075-DRB |
| | ) | |
| RONALD MCQUEEN | ) | |

### ORDER RESCHEDULING PRELIMINARY AND DETENTION HEARING

For good cause arising from defense counsel's unavoidable conflict in completing another scheduled proceeding in this court, and pursuant to representations of counsel at the scheduling conference held in the presence of defense counsel at 5:00 p.m. on August 3, 2006, it is

**ORDERED** that the preliminary and detention hearing scheduled at 3:00 p.m. on August 3, 2006, **is continued to 3:00 p.m. on August 16, 2006,** in District Courtroom 4A before the undersigned Magistrate Judge. It is further

**ORDERED** that the Defendant, Ronald McQueen, be remanded to the custody of the United States Marshal and produced for the hearing.


DONE THIS 4TH DAY OF AUGUST, 2006.


/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE